# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5206**

**September Term, 2022**

**1:22-cv-01596-UNA**

**Filed On:** October 6, 2022

Tristan Florendo-Ong,

        Appellant

    v.

IL-USA, Illinois-United States & Company, et
al.,

        Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Pillard and Rao, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and supplements thereto filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court order filed on July 5, 2022 be affirmed.  Appellant has not shown that the district court abused its discretion in dismissing the case without prejudice for failure to comply with Federal Rule of Civil Procedure 8(a).  See Ciralsky v. CIA, 355 F.3d 661, 668 (D.C. Cir. 2004).  Under Rule 8(a), a complaint must set forth "a short and plain statement of the claim showing that the pleader is entitled to relief."  Fed. R. Civ. P. 8(a)(2); see Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (A complaint must offer more than "labels and conclusions" and "naked assertions devoid of further factual enhancement." (cleaned up)).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:       /s/
Daniel J. Reidy
Deputy Clerk